IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1091-AP**

**JAMES M. SCHRAUT**,

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

    Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

This matter is before the Court on Defendant's Motion to Dismiss (doc. #6), filed January 10, 2011. I have reviewed the Motion and plaintiff's response thereto. The motion is GRANTED. This case is DISMISSED.

DATED: January 20, 2011

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT